```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN DAVIDOFF,

                        Plaintiff,                              ORDER

        v.                                                      No. 22-CV-01962 (PMH)

KEITH ROTHMAN, et al.,

                        Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared in today by telephone for an initial conference. As discussed on the record, to assist the Court in its review of standing in this action, plaintiff is directed to file a letter via ECF by May 31, 2022 advising whether he claims any concrete, particularized injury in fact from the statutory violations alleged herein, and if so, shall set forth such injury/injuries with particularity. If plaintiff does not claim any such concrete injury, in light of the Supreme Court's decision in *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2203 (2021), counsel shall provide any authority or basis for plaintiff to assert standing in this action. Defendant shall file any response thereto within three business days of plaintiff's filing.

The Court further directs the parties to prepare and file a proposed Civil Case Discovery Plan and Scheduling Order by 5:00 pm on May 25, 2022, with the following outside dates for the completion of discovery: fact discovery due by September 23, 2022; expert discovery due by November 18, 2022; all discovery to be completed by November 18, 2022; and a case management conference to be held on December 21, 2022 at 10:00 a.m. The current form Civil Case Discovery Plan and Scheduling Order can be found on the Court's webpage, https://nysd.uscourts.gov/hon-philip-m-halpern.

The Court will separately docket an order referring the parties to the Court-annexed Mediation Program.

SO ORDERED.

Dated: White Plains, New York
      May 23, 2022

_____
Philip M. Halpern
United States District Judge